# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDIEL MARTINEZ ZUNIGA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>T. BUSBY, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-9127 FMO (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections are generally indecipherable, reiterate the arguments made in the Petition and Reply, and lack merit for the reasons set forth in the Report and Recommendation. To the extent that Petitioner's Objections include a request for an evidentiary hearing, Petitioner's request is denied. *See Cullen v. Pinholster*, 131 S. Ct. 1388, 1398 (2011); *Schriro v. Landrigan*, 550 U.S. 465, 474 (2007) ("[I]f the record refutes the applicant's factual allegations or otherwise precludes habeas relief, a district court is not required to hold an evidentiary hearing.").

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;

1      2.    Judgment be entered denying the Petition and dismissing this action with
2            prejudice; and
3      3.    The Clerk serve copies of this Order on the parties.
4  Additionally, for the reasons stated in the Report and Recommendation, the
5  Court finds that Petitioner has not made a substantial showing of the denial of a
6  constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*
7  *Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of
8  appealability.

10 DATED: May 13, 2013

                                                 _____/s/_____
                                                    HON. FERNANDO M. OLGUIN
                                            UNITED STATES DISTRICT JUDGE