# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDIEL MARTINEZ ZUNIGA, | Case No. CV 11-9127 FMO (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| T. BUSBY, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 13, 2013

_____/s/_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE